IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 MAR 31  PM 2: 52

DEPUTY CLERK _EPR_

| | | |
|---|---|---|
| MANUEL RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:15-CV-0353 |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS,
### ADOPTING REPORT AND RECOMMENDATION
### and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On March 1, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be dismissed because petitioner is not eligible for mandatory supervised release from the 40-year sentence assessed for his aggravated robbery conviction. On March 30, 2016, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this ___3/st___ day of ___March___ 2016.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE